**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEVEN NEIRA, | : | Civil No. 3:26-cv-2107 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| WARDEN, LSCI-ALLENWOOD, | : | |
| Respondent | : | |

**ORDER**

**AND NOW**, this 16th day of September, 2026, upon consideration of the petition for a writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The habeas petition (Doc. 1) is **DENIED**.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge